**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-1257**

───────────────

ELLIS HARLEY BARBER,

Plaintiff - Appellant,

versus

AMERICAN PSYCHIATRIC ASSOCIATION,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-00-
444-L)

───────────────

Submitted:  May 11, 2000          Decided:  May 16, 2000

───────────────

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ellis Harley Barber, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellis Harley Barber appeals the district court's order dismissing his civil action for failure to state a claim on which relief may be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barber V. American Psychiatric Ass'n, No. CA-00-444-L (D. Md. Feb. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED